# UNITED STATES DISTRICT COURT
# District of Minnesota

United States of America,  Criminal No. 14-203 DSD/FLN

       Plaintiff

v.  **JUDGMENT IN A CRIMINAL CASE**

Dontre D'Sean McHenry

       Defendant.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED THAT:**

Defendant's Motion to Suppress Evidence (ECF No.23) is **DENIED**.

Date: September 16, 2014

RICHARD D. SLETTEN, CLERK

s/Leah E. Gilgenbach

By: Leah E. Gilgenbach
Deputy Clerk